IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Criminal Case No.:   09-po-00042-LTM

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

KORT V. MADSEN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED:   February 2, 2010

    Sentencing Hearing set for March 04, 2010 at 9:30 a.m. is **VACATED** and rescheduled to April 12, 2010 at 1:00 p.m.